UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTORIA AROCHO, Plaintiff, | : | |
| v. | : | C.A. No. 05- 308T |
| MELISSA EINBERG; KEISA CAESAR; and THE ASSOCIATED PRESS, Defendants. | : | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants hereby remove the above-captioned action to the United States Court for the District of Rhode Island and respectfully states as follows:

1. This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b) because this Court has diversity jurisdiction.

2. On or about May 20, 2005, Plaintiff filed a Complaint commencing this action in Rhode Island Superior Court (Providence County). (*See* Victoria Arocho v. Melissa Einberg, Keisa Caesar and The Associated Press, C.A. No. 05-2567).

3. On or about June 15, 2005, Plaintiff sent a copy of the Complaint to The Associated Press' registered agent via certified mail, return receipt requested.

4. Pursuant to 28 U.S.C. § 1446(a), Defendants attach as Exhibit "A", copies of all process and pleadings on file in the Rhode Island Superior Court (Providence County).

5. Plaintiff Victoria Arocho is a resident of the State of Rhode Island.

6. Defendant Melissa Einberg is a resident of Massachusetts.

7. Defendant Keisa Caesar is a resident of New York.

8. Defendant The Associated Press is a citizen of New York, which is the state of its incorporation and its principal place of business.

9. Upon information and belief, the Complaint seeks damages and attorneys' fees in excess of $75,000.00, exclusive of interest and costs.

10. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

11. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and will be filed with the Clerk of the Rhode Island Superior Court (Providence County), as provided by 28 U.S.C. § 1446(d).

12. Defendants expressly reserve any and all defenses that may be available to them in this action.

MELISSA EINBERG, KEISA CAESAR; and THE ASSOCIATED PRESS

By Their Attorneys,

Steven M. Richard

Andrew B. Prescott (#3758)
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: July 14, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 14th th day of July, 2005, I mailed a true copy of the within Notice of Removal via first-class mail, postage prepaid to:

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914

Steven M. Richard