**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND.**

| | | |
|---|---|---|
| VICTORIA AROCHO, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| | : | |
| MELISSA EINBERG; KEISA CAESAR; | : | |
| and THE ASSOCIATED PRESS | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

I, the undersigned, hereby enter my appearance as counsel for the Plaintiff Victoria Arocho in the above captioned matter.

Respectfully submitted,
Plaintiff Victoria Arocho,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@abanet.org

**CERTIFICATION**

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 15 th day of July 2005.

Andrew B. Prescott, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Steven M. Richard, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 JUL 18 A 10:48
FILED