UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTORIA AROCHO,<br>Plaintiff,<br>v.<br><br>MELISSA EINBERG; KEISA CAESAR; and THE ASSOCIATED PRESS,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-308-T |

**DEFENDANTS' FILING PURSUANT TO LOCAL RULE 36(b)**
**AND GENERAL ORDER #2003-01**

Defendants Melissa Einberg, Keisa Caesar and The Associated Press ("Defendants") file the following documents in this litigation which was removed pursuant to 28 U.S.C. § 1446(a):

Tab A: Defendants' Notice of Removal;

Tab B: A certified copy of the Rhode Island Superior Court's Docket Sheet; and

Tab C: Certified copies of the Superior Court's record, consisting of the (1) the Civil Cover Sheet and Complaint, (2) Stipulation Enlarging Time to File Answer and Objection, (3) Motion to Stay and (4) Notice of Filing of the Notice of Removal.

MELISSA EINBERG, KEISA CAESAR, and
THE ASSOCIATED PRESS

By Their Attorneys,

Andrew B. Prescott (#3758)
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: July 19, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2005, I mailed a true copy of the within Local Rule 36(b) Filing via first-class mail, postage prepaid to:

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914

Steven [signature]