STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-2567 VICTORIA AROCHO V MELISSA EINBERG

Filing Date: 05-20-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 07-14-2005

Plaintiff: VICTORIA AROCHO
ID: @10229096
Attorney: SONJA DEYOE

Defendant: KEISA CAESAR
ID: @10229097
Attorney: UNKNOWN ATTORNEY

Defendant: MELISSA EINBERG
ID: @10229098
Attorney: UNKNOWN ATTORNEY

Defendant: ASSOCIATED PRESS
ID: @10248755
Attorney: UNKNOWN ATTORNEY

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 07-27-2005 | MOTION TO STAY | P CRT2 | LANPHEAR |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-20-2005 | COMPLAINT FILED | |
| 05-20-2005 | COMPLAINT FILED | |
| 07-12-2005 | STIPULA FILED,EXTEN OF TIME | DEFTS SHALL HAVE UNTIL 07-27-05 TO ANSWER UNTIL 07-25-05 TO FILE AN OBJECTION |
| 07-14-2005 | NOTICE OF REMOVAL | Affiliated: CAESAR, KEISA |
| 07-14-2005 | CASE REMVD TO US DISTRICT CT | |
| 07-14-2005 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island