UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
AUG 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

VICTORIA AROCHO, :
Plaintiff, :
v. : C.A. No. 05-308
:
MELISSA EINBERG; KEISA CAESAR; and :
THE ASSOCIATED PRESS, :
Defendants. :

**STIPULATION**
**WITHDRAWING SECOND AFFIRMATIVE DEFENSE**

Plaintiff and Defendants stipulate that the second affirmative in Defendants' Answer, which alleged insufficiency of service of process, is withdrawn. Plaintiff has provided proof of the sufficiency of service of process.

VICTORIA AROCHO

By Her Attorneys,

RAPPOPORT DeGIOVANNI & CASLOWITZ

Sonja L. Deyoe (#6301)
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)

MELISSA EINBERG, KEISA CAESAR and THE ASSOCIATED PRESS

By Their Attorneys,

NIXON PEABODY LLP

Steven M. Richard

Andrew B. Prescott (#3758)
Steven M. Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE: 8/9/05