UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

VICTORIA AROCHO,

        Plaintiff,

v.                                                       C.A. No. 05-308T

MELISSA EINBERG, et al.

        Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS

The Plaintiff's Motion to Stay Proceedings is granted. This case is hereby stayed until November 18, 2005 unless the stay is further extended.

IT IS SO ORDERED,

*/s/ Ernest C. Torres*
Ernest C. Torres, Chief Judge
Date: September 1, 2005