UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTORIA AROCHO, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| | : | |
| MELISSA EINBERG; KEISA CAESAR; and THE ASSOCIATED PRESS, | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Stacie Boeniger Collier of the firm of Nixon Peabody LLP hereby enters her appearance on behalf of the Defendants in the above-captioned action.

MELISSA EINBERG, KEISA CAESAR and
THE ASSOCIATED PRESS

By Their Attorneys,

Andrew B. Prescott (#3758)
Steven M. Richard (#4403)
Stacie Boeniger Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: January 24, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2006, I mailed a true copy of the within Entry of Appearance of Stacie Boeniger Collier via first-class mail, postage prepaid to:

| | |
|---|---|
| Sonja L. Deyoe, Esq.<br>Rappoport, DeGiovanni & Caslowitz, Inc.<br>989 Waterman Avenue<br>East Providence, RI 02914 | |