NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Stacie Boeniger Collier
Direct Dial: (401) 454-1018
E-Mail: sbcollier@nixonpeabody.com

February 23, 2006

**BY FACSIMILE**

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz
989 Waterman Avenue
East Providence, RI 02914

Re: Arocho v. Einberg, et al.,
C.A. No. 05-308-T

Dear Sonja:

As we discussed this morning, my client is considering opposing your most recent motion to stay as we are concerned about continued delay in these two matters. I understand that you would like to remain at the Commission for Human Rights for as long as possible,. As a practical matter, however, this will not occur. Should you receive a probable cause finding, my client will exercise its right to pursue a notice of right to sue and the discrimination case will end up joined with the above referenced action anyway.

We would be willing to agree to a thirty day stay of the federal case in order to give you time to exercise your right to receive a notice of right to sue and join the two cases together more promptly so that we can commence substantive discovery in both actions. I plan to move for an extension of time to oppose your motion to stay in the hopes that we can come to a mutual agreement without forcing Judge Torres to resolve the issue for us.

P131904.1

Please let me know your position after you have reviewed this with your client. I would like to hear from you no later than Tuesday, February 28th. Thank you.

Very truly yours,

Stacie Boeniger Collier

SBC/vc