UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTORIA AROCHO, Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| MELISSA EINBERG; KEISA CAESAR; and THE ASSOCIATED PRESS, Defendants. | : | |

**NOTICE OF DEPOSITION OF PLAINTIFF**

TO: Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Please take notice that on **Tuesday, July 25, 2006 at 10:00 a.m.,** Defendant, by its attorneys, will take the deposition upon oral examination of **Plaintiff Victoria Arocho** at the offices of Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903. The deposition will be taken before a notary public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

MELISSA EINBERG, KEISA CAESAR and THE ASSOCIATED PRESS

By Their Attorneys,

Andrew B. Prescott (#3758)
Steven M. Richard (#4403)
Stacie Boeniger Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: March 14, 2006

P132494.1

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2006, I mailed a true copy of the within Notice of Deposition via first-class mail, postage prepaid to:

| | |
|---|---|
| Sonja L. Deyoe, Esq.<br>Rappoport, DeGiovanni & Caslowitz, Inc.<br>989 Waterman Avenue<br>East Providence, RI 02914 | |