**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND.**

| | | |
|---|---|---|
| VICTORIA AROCHO, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| | : | |
| MELISSA EINBERG; KEISA CAESAR; | : | |
| and THE ASSOCIATED PRESS | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO AMEND.**.

Now comes the Plaintiff, Victoria Arocho, and moves this Honorable Court for permission to amend her complaint. A copy of the proposed amended complaint is attached hereto. A memorandum of law is submitted in support of this motion that sets forth the basis for the Plaintiff's request.

Respectfully submitted,
Plaintiff Victoria Arocho,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@abanet.org

**CERTIFICATION**

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 30 th day of March 2006.

Andrew B. Prescott, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Steven M. Richard, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Attorney Staci Boeniger Collier.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Jennifer R. Cole

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND.**

| | | |
|---|---|---|
| VICTORIA AROCHO,<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| MELISSA EINBERG; KEISA CAESAR;<br>and THE ASSOCIATED PRESS<br>Defendants. | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION TO AMEND.**

## I. FACTS:

The Plaintiff is a former staff photographer for the Associated Press. From August of 2004 until January of 2005, the Plaintiff alleges that she was subjected to various disclosures of her medical conditions that violated Rhode Island State Law. The Plaintiff filed a complaint with the Rhode Island Superior Court that was subsequently removed to this court based on diversity of citizenship to toll the statute of limitations with regard to those claims.

At the same time, the Plaintiff filed a complaint with the Rhode Island Commission for Human Right alleging violation of the Americans With Disabilities Act, 42 U.S.C. § 12101 *et. seq.* ("ADA"), the Rhode Island Fair Employment Practices Act, R.I.G.L. § 28-5-1 *et. seq.* ("FEPA"), the Rhode Island Civil Rights Of People With Disabilities Act, R.I.G.L. § 42-87-1 *et. seq.* ("CRPDA") resulting from the same nexus of facts, i.e., how the plaintiff was treated because of her celiac sprue and ensuing hospitalization for anxiety and depression.

After a meeting with this Honorable Court and Defense Counsel in this matter, the Plaintiff sought and received a notice of right to sue letter from the Rhode Island Commission for Human Rights and the EEOC.

At this time, the Plaintiff seeks to amend her complaint to include the counts relating to the Americans With Disabilities Act, 42 U.S.C. § 12101 *et. seq.* ("ADA"), the Rhode Island Fair

Employment Practices Act, R.I.G.L. § 28-5-1 *et. seq.* ("FEPA"), the Rhode Island Civil Rights Of People With Disabilities Act, R.I.G.L. § 42-87-1 *et. seq.* ("CRPDA"). .

## II. LEGAL STANDARD:

Rule 15 of the Federal Rules of Civil Procedure provides that "leave to amend shall be freely given when justice so requires." Fed.R.Civ.P. 15(a); see also Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962); Mirpuri v. ACT Mfg., Inc., 212 F.3d 624, 627 (1st Cir.2000). A motion to amend should be granted unless it is "apparent" that it would reward undue delay, bad faith, or dilatory motive on the part of the movant. Tiernan v. Blyth, Eastman, Dillon & Co., 719 F.2d 1, 4 (1st Cir.1983) (quoting Foman, 371 U.S. at 182, 83 S.Ct. 227). A court should deny leave to amend, however, if the proposed amendment would be futile. Resolution Trust Corp. v. Gold, 30 F.3d 251, 253 (1st Cir.1994). When leave to amend is sought prior to the completion of discovery and the filing of motions for summary judgment, the standard for futility is whether the complaint as amended would survive a motion to dismiss under Rule 12(b)(6). Hatch v. Dep't of Children, Youth, and Their Families, 274 F.3d 12, 19 (1st Cir.2001).

## III. ARGUMENT

The allegations of the amended complaint arise out of the same facts and circumstances at those alleged in the original complaint filed in this action. The only reason the first complaint filed in this court did not include the claims alleging violations of the Americans With Disabilities Act, 42 U.S.C. § 12101 *et. seq.* ("ADA"), the Rhode Island Fair Employment Practices Act, R.I.G.L. § 28-5-1 *et. seq.* ("FEPA"), the Rhode Island Civil Rights Of People With Disabilities Act, R.I.G.L. § 42-87-1 *et. seq.* ("CRPDA") by the Associated Press is that there is a jurisdictional requirement that the Plaintiff initially file her complaint with regard to

the issues with the Rhode Island Commission for Human Rights. At this time, the Plaintiff has received a right to sue letter from the Commission, and therefore there seems no reason why the complaint should not be amended to include the counts alleging violations of the Americans With Disabilities Act, 42 U.S.C. § 12101 *et. seq.* ("ADA"), the Rhode Island Fair Employment Practices Act, R.I.G.L. § 28-5-1 *et. seq.* ("FEPA"), and the Rhode Island Civil Rights Of People With Disabilities Act, R.I.G.L. § 42-87-1 *et. seq.* ("CRPDA").

## IV. CONCLUSION.

Wherefore, the Plaintiff Victoria Arocho prays that her motion to amend the complaint be granted.

Respectfully submitted,
Plaintiff Victoria Arocho,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@abanet.org

**CERTIFICATION**

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 30th day of March 2006.

Andrew B. Prescott, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Steven M. Richard, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Stacie Boeniger Collier
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Jennifer B. Collie