Case 1:05-cv-00308-T-DLM Document 13-1 Filed 03/01/2006 Page 1 of 5

RECEIVED
FEB 24 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VICTORIA AROCHO,
Plaintiff,

v. C.A. No. 05-308T

MELISSA EINBERG; KEISA CAESAR; and
THE ASSOCIATED PRESS,
Defendants.

## MOTION TO EXTEND TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO STAY

Defendants move for an Order extending the time in which to file Defendants' Opposition to Plaintiff's Motion for Stay. Defendants respectfully request an additional fifteen days to respond to Plaintiff's motion. Defendants rely upon the attached Memorandum in Support of this Motion.

MELISSA EINBERG, KEISA CAESAR, and
THE ASSOCIATED PRESS

By their Attorneys,

[signature]

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Stephen Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: February 23, 2006

GRANTED
[signature]
Ernest C. Torres
Chief, US District Judge
4/4/2006

CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent by regular mail a copy of the within MOTION TO EXTEND TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO STAY to Sonja L. Deyoe, Esq., Rappoport, DeGiovanni & Caslowitz, 989 Waterman Avenue, East Providence, RI 02914 on this 23 day of February, 2006.

Staci B[illegible]

RECEIVED

FEB 24 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VICTORIA AROCHO,
Plaintiff,

v. C.A. No. 05-308T

MELISSA EINBERG; KEISA CAESAR; and THE ASSOCIATED PRESS,
Defendants.

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO STAY**

On February 16, 2006, Plaintiff filed a motion to stay these proceedings pending resolution of her discrimination claims, which are currently pending before the Rhode Island Commission for Human Rights ("Commission"). As was discussed at a conference before Judge Torres earlier today, the parties have been conferring regarding the most effective way to resolve this issue without forcing the court to rule on Plaintiff's motion. Defendants recently sent a letter to Plaintiff's counsel suggesting that Defendants will agree to a thirty day stay in order to give Plaintiff a chance to receive a notice of right to sue from the Commission and to join the discrimination action with the suit currently pending in this court. (See Tab A: Letter from Stacie Boeniger Collier, dated February 23, 2006, to Sonja Deyoe). Defendants have asked Plaintiff to provide her position by February 28, 2006.

Accordingly, Defendants respectfully request an additional fifteen days (until March 17, 2006) to decide whether to oppose (and if so, to actually oppose) Plaintiff's motion to stay in the hopes that the parties can resolve this issue without judicial intervention.

MELISSA EINBERG, KEISA CAESAR, and
THE ASSOCIATED PRESS

By their Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Stephen Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: February 23, 2006

CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent by regular mail a copy of the within MOTION TO EXTEND TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO STAY to Sonja L. Deyoe, Esq., Rappoport, DeGiovanni & Caslowitz, 989 Waterman Avenue, East Providence, RI 02914 on this 23rd day of February, 2006.

Staci R. C.