**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND.**

| | | |
|---|---|---|
| VICTORIA AROCHO, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| | : | |
| MELISSA EINBERG; KEISA CAESAR; | : | |
| and THE ASSOCIATED PRESS | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO AMEND.**

Now comes the Plaintiff, Victoria Arocho, and moves this Honorable Court for permission to amend her complaint. A copy of the proposed amended complaint is attached hereto. A memorandum of law is submitted in support of this motion that sets forth the basis for the Plaintiff's request.

GRANTED in the absence of objection

Ernest C. Torres
Chief, US District Judge

Respectfully submitted,
Plaintiff Victoria Arocho,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@abanet.org

**CERTIFICATION**

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 30 th day of March 2006.

Andrew B. Prescott, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Steven M. Richard, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Attorney Staci Boeniger Collier.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Jennifer R. Cole