**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND.**

FILED

FEB 1 7 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

VICTORIA AROCHO, :
Plaintiff, :
v. : C.A. No. 05-308-T
:
MELISSA EINBERG; KEISA CAESAR; :
and THE ASSOCIATED PRESS :
Defendants. :

**PLAINTIFF'S MOTION TO STAY PROCEEDINGS.**

Now comes the Plaintiff Victoria Arocho and moves to stay said proceedings until such point that the claims not pending in front of the Rhode Island Commission for Human Rights against said defendants can be determined. In support thereof, Plaintiff submits the attached memorandum.

Dated this 15th day of February 2006.

Respectfully submitted,
Plaintiff Victoria Arocho,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

**PASSED AS MOOT**

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@abanet.org

**CERTIFICATION**

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 16th day of February 2006.

Andrew B. Prescott, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Steven M. Richard, Esq.,
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Stacie Boeniger Collier
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903-1345