RECEIVED

MAY 18 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VICTORIA AROCHO,
Plaintiff,

v. C.A. No. 05-308-T

MELISSA EINBERG; KEISA CAESAR; and
THE ASSOCIATED PRESS,
Defendants.

# STIPULATION EXTENDING TIME

Plaintiff and Defendants, acting by their undersigned and authorized counsel, stipulate that the following responses shall be filed and served on or before June 5, 2006: (1) Defendants' Answer to Plaintiff's Amended Complaint, (2) Defendant Associated Press' Response to Plaintiff's Request for Production of Documents and (3) each Defendant's Answers to Plaintiff's Interrogatories.

PLAINTIFF
VICTORIA AROCHO

By Her Attorneys,

[signature]

Sonja L. Deyoe, (#6301)
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)

Dated: May 17, 2006

DEFENDANTS
MELISSA EINBERG, KEISA CAESAR
And THE ASSOCIATED PRESS,

By Their Attorneys,

[signature]

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
srichard@nixonpeabody.com
(401) 454-1000
(401) 454-1030 (Fax)

Dated: May 17, 2006

ENTER [signature]
Ernest C. Torres
Chief, U.S. District Judge

DATE 5/31/06