**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VICTORIA AROCHO, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| | : | |
| MELISSA EINBERG; KEISA CAESAR; | : | |
| and THE ASSOCIATED PRESS, | : | |
| Defendants. | : | |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Now come both the Plaintiff and the Defendants and move this Honorable Court to extend the discovery deadline in this matter from September 1, 2006 until November 1, 2006.

In support thereof the parties state the following:

1. After the initial discovery deadline in this matter was set, the complaint has been amended to add counts alleging disability discrimination. Upon the addition of these counts, the Plaintiff's motion to stay this matter was denied.
2. The new counts alleged against the Defendants require the deposition of many more individuals than would have been required to proceed under the initial complaint which essentially sounded in the breach of the Plaintiff's right to medical privacy.
3. During the initial conference on this matter, in front of the Honorable Justice Torres, this issue was addressed. At that time, the Court indicated that it would hear a request to adjust the discovery deadline in the event that the complaint was amended, as it has been.
4. The parties have exchanged answers to interrogatories and productions of documents regarding the counts added by the amended complaint.

5. At this time, the depositions of Plaintiff Victoria Arocho and Defendant Keisa Caesar have been taken. The parties are working on the scheduling of the deposition of Defendant Melissa Einberg. In addition, the depositions of Michael Dwyer and Brooke Donald, who are Associated Press employees, have been scheduled. These two deponents are individuals that the Plaintiff believes may have information about this matter.

6. At this time, the Plaintiff desires to depose at least two additional individuals to those listed above.

7. The Defendants have indicated that they desire the deposition of at least four individuals who treated the Plaintiff for her psychiatric symptoms.

Respectfully submitted,

PLAINTIFF
VICTORIA AROCHO

By Her Attorneys,
Rappoport, DeGiovanni & Caslowitz, Inc.

/s/ Sonja L. Deyoe________________
Sonja L. Deyoe (#6301)
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@fullchannel.net

DEFENDANTS
MELISSA EINBERG, KEISA CAESAR
and THE ASSOCIATED PRESS

By Their Attorneys,
Nixon Peabody LLP

/s/ Steven M. Richard________________
Steven M. Richard (#4403)
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
Email: srichard@nixonpeabody.com

Dated: August 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2006, a true copy of the within Joint Motion to Extend Discovery Deadline was sent via e-mail to Sonja Deyoe, Esq., Rappoport, DeGiovanni & Caslowitz, Inc., 989 Waterman Avenue, East Providence, RI 02914.

/s/ Steven M. Richard (#4403)