UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTORIA AROCHO, Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| MELISSA EINBERG; KEISA CAESAR; and THE ASSOCIATED PRESS, Defendants. | : | |

**NOTICE OF DEPOSITION**

TO: Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Please take notice that on **Tuesday, September 26, 2006 at 5:00 p.m.,** Defendants, by their attorneys, will take the deposition upon oral examination of **Adele Palazzo,** at 345 Blackstone Boulevard, Providence, Rhode Island 02906. The deposition will be taken before a notary public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

MELISSA EINBERG, KEISA CAESAR and THE ASSOCIATED PRESS

By Their Attorneys,

/s/ Steven M. Richard

Steven M. Richard (#4403)
Stacie Boeniger Collier (#6059)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
srichard@nixonpeabody.com

Dated: September 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2006, I mailed a true copy of the within Notice of Deposition via e-mail to Sonja Deyoe, Esq., Rappoport, DeGiovanni & Caslowitz, Inc., 989 Waterman Avenue, East Providence, RI 02914.

/s/ Steven M. Richard (#4403)