United States District Court
District of Rhode Island

| | | |
|---|---|---|
| VICTORIA AROCHO, Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| MELISSA EINBERG; KEISA CAESAR; and THE ASSOCIATED PRESS, Defendants. | : | |

## NOTICE OF INTENTION TO TAKE DEPOSITION

**DEPONENT:** MELISSA EINBERG
**DATE:** **Wednesday, September 29, 2006**
**TIME:** 9:00 AM

TO: Steven Richard, Esquire
Nixon Peabody, LLP
One Citizen's Plaza, Suite 500
Providence, RI 02903

Legal Link
101 Arch Street
Third Floor
Boston, MA 02110

Please take notice that the Plaintiff will take the testimony on oral examination of the ABOVE-NAMED DEPONENT at the time SET FORTH ABOVE before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of NIXON PEABODY, LLP, 100 Summer Street, Boston, MA 02110-2131 at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

______/s/____Sonja L. Deyoe________________
Sonja L. Deyoe #6301
RAPPOPORT, DEGIOVANNI & CASLOWITZ, INC.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000

**CERTIFICATION**

I hereby certify that I have electronically filed a true copy of the within Notice of Intention to Take Deposition to the following on this 12th day of September, 2006.

Steven Richard, Esquire
Nixon Peabody, LLP
One Citizen's Plaza, Suite 500
Providence, RI 02903

Legal Link
101 Arch Street
Third Floor
Boston, MA 02110

_____/s/ Sonja L. Deyoe__________
Sonja L. Deyoe