Case 1:05-cv-00308-T-DLM Document 36 Filed 09/25/2006 Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTORIA AROCHO, Plaintiff, | : | |
| v. | : | C.A. No. 05-308-T |
| MELISSA EINBERG; KEISA CAESAR; and THE ASSOCIATED PRESS, Defendants. | : | |

**DISMISSAL STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Defendants, acting by their undersigned and authorized counsel, stipulate that all claims pled in this litigation are dismissed with prejudice and without costs.

PLAINTIFF
VICTORIA AROCHO

By Her Attorneys,

/s/ Sonja L. Deyoe
Sonja L. Deyoe, (#6301)
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
sldeyoe@fullchannel.net

Dated: September 25, 2006

DEFENDANTS
MELISSA EINBERG, KEISA CAESAR
And THE ASSOCIATED PRESS,

By Their Attorneys,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Stacie B. Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
srichard@nixonpeabody.com
scollier@nixonpeabody.com

Dated: September 25, 2006

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE: 10/3/06

10122135.1